# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS, *et al.*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:20-cv-00970 (RCL) |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF FILING

Defendants file herewith the exhibits to Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for a Preliminary Injunction (ECF No. 15):

1. SBA Standard Operating Procedure ("SOP") 50-10-5(K), *Lender & Dev. Co. Loan Programs, https://www.sba.gov/sites/default/files/2019-02/SOP%2050%2010%205%28K%29%20FINAL%202.15.19%20SECURED%20copy%20paste.pdf* (relevant excerpts); and

2. Interim Final Rule, *Business Loan Program Temporary Changes; Paycheck Protection Program*, https://www.sba.gov/document/policy-guidance--ppp-interim-final-rule (already filed as Exhibit to Plaintiffs' Amended Complaint (ECF No. 8-1)).

Defendants' counsel inadvertently omitted these exhibits when filing Defendants' opposition memorandum on Friday, April 17, 2020.  Defendants and their counsel regret the error and any inconvenience to the Court or Plaintiffs.

Dated: April 18, 2020

<div style="margin-left: 50%;">

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

ERIC WOMACK
Assistant Director

 */s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044

Telephone:   (202) 514-3358
E-mail:       James.Gilligan@usdoj.gov

*Counsel for Defendants*

</div>