UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Case No. 20-970 |

## ORDER

In accordance with the accompanying Memorandum Opinion, the Court **DENIES** plaintiffs' motions [2] for an emergency temporary restraining order and preliminary injunction.

It is **SO ORDERED**.

Date: April 21, 2020

                                                                                                         /s/
                                                                    Royce C. Lamberth
                                                               United States District Judge